THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v ROBERT FRANOV, Respondent.

Submitted September 13, 2010; decided September 16, 2010

Motion for assignment of counsel granted and Judah Maltz, Esq., 125-10 Queens Boulevard, Suite 12, Kew Gardens, New York 11415 assigned as counsel to the respondent on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAWN HUNTER, Appellant.

Submitted September 13, 2010; decided September 16, 2010

Motion for assignment of counsel granted and Timothy P. Donaher, Esq., Monroe County Public Defender, 10 N. Fitzhugh Street, Rochester, New York 14614 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVE JOHNSON, Appellant.

Submitted August 30, 2010; decided September 16, 2010

Motion for assignment of counsel granted and Steven Banks, Esq., the Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ULYSESS McKNIGHT, Appellant.

Submitted August 30, 2010; decided September 16, 2010

Motion for assignment of counsel granted and Steven Banks, Esq., the Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.